David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

2011 SEP -7  AM 11: 49

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| NOE JOVANI NAVA, | Bankruptcy No. 09-33249 (Chapter 7) Judge Joel T. Marker |
| Debtor(s) | |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

✔ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

___ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 201 | Noe Nava<br>199 West 1250 South<br>Logan, UT 84321 | $6.13 |

A check in the amount of $6.13 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 2 day of September, 2011

DAVID L. MILLER
Chapter 7 Trustee